**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Eleanor Costello & James Abdou, | : |
| Plaintiffs, | : |
| v. | : Civil Action No.: 1:12-cv-10419-NMG |
| Associated Credit Collection Bureau, Inc.; and DOES 1-10, inclusive, | : |
| Defendants. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiffs anticipate filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: May 17, 2012

    Respectfully submitted,

    PLAINTIFFS, Eleanor Costello & James Abdou

    /s/ Sergei Lemberg

    Sergei Lemberg, Esq.
    B.B.O. No.: 650671
    **LEMBERG & ASSOCIATES L.L.C.**
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile: (203) 653-3424
    slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on May 17, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                By  /s/ Sergei Lemberg_____

                                      Sergei Lemberg