# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Eleanor Costello et al
        Plaintiffs

    V.

Associated Credit Collection Bureau, et al.
        Defendants

CIVIL ACTION

NO.12-cv-10419-NMG

## **ORDER OF DISMISSAL**

GORTON, D. J.

In accordance with the Notice of Voluntary Dismissal dated 6/18/2012, (Docket No. 5), it is hereby ORDERED that the above-entitled action be and hereby is dismissed with prejudice and without costs.

By the Court,

6/19/2012
Date

/s/ Kellyann Moore
Deputy Clerk